# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

153108(42)(43)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 153108
                                     COA: 330314

HERBERT MAX BLAIN, JR.,
         Defendant-Appellant.
                                     Barry CC: 14-000598-FC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's October 31, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2017



s1218

Clerk